IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JASON CALLAHAN**                                                                                                          **PLAINTIFF**

V.                                   CASE NO. 3:20-CV-00296-LPR-ERE

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                                       **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. After carefully considering these documents and after a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

DATED this 21st day of March, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE