IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JASON CALLAHAN**                                                                                    **PLAINTIFF**

V.                              **CASE NO. 3:20-CV-00296-LPR-ERE**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED.   Judgment is entered in favor of the Commissioner.

DATED this 21st day of March, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE